# MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

MELVYN I. MONZACK
RACHEL B. MERSKY
BRIAN J. MCLAUGHLIN
MARY ELIZABETH M. BROWDER
MICHAEL C. HOCHMAN

September 27, 2019

**VIA ECF and HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

Re: *Pestell v. CytoDyn Inc. et al.*, (Case No. 1:19-cv-01563-RGA)

Dear Judge Andrews:

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff, Dr. Richard G. Pestell, submits his First Amended Complaint in the above-captioned matter. A courtesy copy is enclosed for the convenience of the Court.

Respectfully submitted,

Michael C. Hochman (DE #4265)
For Monzack Mersky McLaughlin and Browder, P.A.

Enclosure

Cc: Counsel of Record (via ECF Notice and U.S. Mail)

{00209325-1}